# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
### Southern Division

| | |
|---|---|
| BERTHA MCNULTY and BRUNO COSSU, on behalf of themselves and others similarly situated, | : CIVIL ACTION FILE NO. 4:21-cv-11306-SDD-EAS |
| Plaintiff, | |
| v. | : **NOTICE OF DISMISSAL WITH PREJUDICE** |
| PREMIER MORTGAGE, LLC, | |
| Defendant. | |

The plaintiff files this notice of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of all claims against the defendant.

Dated: June 22, 2021         PLAINTIFFS,

>         */s/ Anthony Paronich*
>         Anthony Paronich
>         Email:  anthony@paronichlaw.com
>         PARONICH LAW, P.C.
>         350 Lincoln Street, Suite 2400
>         Hingham, MA 02043
>         Telephone:  (617) 485-0018
>         Facsimile:  (508) 318-8100
>
>         Avi R. Kaufman

avi@kaufmanpa.com
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiffs*